UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00849-KDB

| FRANKLIN A. MORRIS, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| GARRY MCFADDEN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Pro se Plaintiff Franklin A. Morris ("Plaintiff") filed this action on December 12, 2023, pursuant to 42 U.S.C. § 1983 against Defendant Garry McFadden. [Doc. 1]. On January 9, 2024, the Clerk granted Plaintiff's motion to proceed without prepayment of the filing fee and mailed a copy of that Order to Plaintiff the same day to Plaintiff's address of record at the Mecklenburg County Jail in Charlotte, North Carolina. [Doc. 6; 1/9/2024 (Court Only) Docket Entry]. The Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). [Doc. 7]. The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from January 10, 2024, to amend his Complaint in accordance with the terms of the Court's Order. [Id. at 4]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.]. The Clerk mailed Plaintiff a copy of the Court's Order and a blank Section 1983 form the same day to Plaintiff at the Mecklenburg County Jail. [1/10/2024 (Court Only) Docket Entry]. On January 22, 2024, the Order granting Plaintiff IFP status was returned to the Court as undeliverable. [Doc. 8]. The Clerk, therefore, entered a Notice instructing

the Plaintiff that he must notify the Clerk of any changes to his address within 14 days of the Notice and that the failure to do so may result in the dismissal of this action. [1/23/2024 Text-Only Notice]. On January 26, 2024, the Court's initial review Order and the blank prisoner 1983 form were returned to the Court as undeliverable [Doc. 9] and, on February 5, 2024, the Text Only Notice was also returned [Doc. 10].

The deadlines have passed, and Plaintiff has not filed an Amended Complaint or notified the Court of his new address. The Court will, therefore, dismiss this action without prejudice for Plaintiff's failure to prosecute.

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED** without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Kenneth D. Bell
United States District Judge