# United States District Court
## Western District of North Carolina
## Statesville Division

| | |
|---|---|
| Franklin A. Morris, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:23-cv-00849-KDB |
| vs. | |
| Garry McFadden, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 20, 2024 Order.

February 20, 2024

Katherine Hord Simon, Clerk
United States District Court